UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION** at **LEXINGTON**

| | |
|---|---|
| SALINA RILEY, | ) |
| Plaintiff, | ) Civil No. 16-cr-157-JMH |
| vs. | ) **MEMORANDUM OPINION & ORDER** |
| WELLS FARGO BANK, N.A., | ) |
| Defendant. | ) |

\*\*    \*\*    \*\*    \*\*    \*\*

By virtue of the minute entry order [DE 43] entered by the magistrate judge, the Court is advised that the parties have reached a settlement of all claims in this matter.

Accordingly, upon the Court's own motion, **IT IS ORDERED**:

(1) That all scheduled deadlines and proceedings are **CONTINUED GENERALLY**;

(2) That any pending motions or requests for relief are **DENIED AS MOOT**;

(3) That the parties shall **SUBMIT** an agreed order of dismissal within **THIRTY (30) DAYS** of entry of this order.

(4) That paragraph (6) of the Court's Memorandum Opinion and Order of May 22, 2017, requiring the parties to file a status report after any settlement conference advising of the matters remaining for trial is **STRICKEN AND HELD FOR NAUGHT.**

This the 11 day of July, 2017.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge