UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION** at **LEXINGTON**

| | |
|---|---|
| SALINA RILEY, | ) |
| | ) |
| Plaintiff, | ) Civil No. 16-cr-157-JMH |
| | ) |
| vs. | ) **MEMORANDUM OPINION & ORDER** |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

\*\*   \*\*   \*\*   \*\*   \*\*

In light of the parties' Stipulation of Dismissal With Prejudice [DE 45] and the Court being adequately advised, **IT IS ORDERED**:

(1) That all claims in this matter are **DISMISSED WITH PREJUDICE**, with each party to bear her or its own costs and attorneys' fees and

(2) That the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 8th day of August, 2017.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge